IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS DAPRATO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:05cv1012-F |
| ) | |
| UNITED STATES PARCEL ) | |
| SERVICE CO., INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant United Parcel Service Co., Inc. (hereinafter "Defendant"), by and through the undersigned counsel, appearing specially without waiving any defenses which might be asserted in a timely motion or responsive pleading, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully shows this Court as follows:

1. On September 15, 2005, Plaintiff Thomas Daprato (hereinafter Plaintiff") brought suit against Defendant in the Circuit Court of Houston County, Alabama, said action being designated as Civil Action File No. 2005 000577.00 (hereinafter "State Court Action"). Plaintiff served a Summons and a copy of the Complaint on Defendant on September 22, 2005.

2. In the State Court Action, Plaintiff seeks to recover compensatory and punitive damages for Defendant's purported Breach of Contract, Willful Misrepresentation, Mistaken Misrepresentation, and Deceit, plus interest and court costs, together with any and all additional amounts which Plaintiff may be entitled to recover

from Defendant as a result of its alleged conduct. Upon information and belief, Defendant shows that Plaintiff is seeking to recover from Defendant in the State Court Action an amount in excess of $75,000.00, exclusive of interests and costs.

3. Plaintiff is now and has at all relevant times been a citizen and resident of the State of Alabama.

4. Defendant is now and has at all relevant times been a corporation organized and existing under the laws of the State of Ohio, maintains its principal place of business in the State of Georgia, and is a citizen of a state other than Alabama for diversity purposes.

5. Defendant attaches hereto as Exhibit A Plaintiff's Complaint and Summons, which constitute all process, pleadings, and orders previously filed in the State Court Action.

6. Defendant files this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint in the State Court Action, which was the first pleading received by Defendant, through service or otherwise, setting forth the claim for relief upon which such action is based.

7. This case is removable by reason of diversity of citizenship and because the amount in controversy is more than $75,000.00, exclusive of interest and costs. Accordingly, this Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1332.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this Notice of Removal to Plaintiff and to the Clerk of the Circuit Court of Houston County, Alabama.

WHEREFORE, Defendant respectfully submits this Notice of Removal of the State Court Action to this Court this 21st day of October 2005.

*/s/ Joseph D. Jackson, Jr.*
William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
Joseph D. Jackson, Jr. (JAC081)
BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
(205) 271-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of October, 2005, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel F. Johnson
Post Office Box 1165
Dothan, Alabama 36302

This 21 day of October, 2005.

*/s/ Joseph D. Jackson, Jr.*
OF COUNSEL

- 3 -

ATL01/12056055v1