IN THE CIRCUIT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| THOMAS DAPRATO, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. ~~2005-000577.00~~ |
| ) | |
| v. ) | 1:05cv1012-F |
| ) | |
| UNITED PARCEL SERVICE CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

To: Plaintiff Thomas Daprato
c/o Daniel F. Johnson, Attorney
P.O. Box 1165
Dothan, AL 36302

To: Judy C. Byrd, Clerk of Court
Circuit Court of Houston County
114 North Oates Street
P.O. Drawer 6406
Dothan, AL 36302

PLEASE TAKE NOTICE that the undersigned has this day filed in the United States District Court for the Middle District of Alabama the attached Notice of Removal. Pursuant to § 1446(d), the above-styled action is now removed and all further proceedings in the Circuit Court of Houston County, State of Alabama, are stayed.

Respectfully submitted this 21st day of October 2005.

SCANNED

ATL01/12056106v1

- 2 -

                                  /s/ Joseph D. Jackson, Jr.
William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
Joseph D. Jackson, Jr. (JAC081)
BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
(205) 271-1100

ATL01/12056106v1