IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 NOV 15  P 12: 19

| | |
|---|---|
| THOMAS DAPRATO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV-05-1012-MEF-CSC |
| ) | |
| UNITED STATES PARCEL ) | |
| SERVICE CO., INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPEAR AS COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.1, M.D. Ala., Lisa H. Cassilly, Matthew J. Gilligan, and Mark T. DeLoach move for entry of an order permitting their appearance *pro hac vice* as counsel for Defendant United Parcel Service Co., Inc. in this action.

In support of this motion, Lisa H. Cassilly, Matthew J. Gilligan and Mark T. DeLoach submit that they are residents of Georgia and members in good standing of the State Bar of Georgia. Further, Ms. Cassilly has been admitted to practice before the following courts: the United States Court of Appeals for the Eleventh and Third Circuits, the United States District Courts for the Northern and Middle Districts of Georgia, and the Supreme Court of Georgia. Mr. Gilligan has been admitted to practice before the following courts: the Supreme Court of the United States, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Military Appeals, the United States District Court for the Northern District of Georgia, the Georgia Supreme Court, and the Massachusetts Supreme Judicial Court. Mr. DeLoach has been admitted to practice

before the following courts: the United States District Court for the Northern District of Georgia and the Georgia Supreme Court.

Ms. Cassilly, Mr. Gilligan and Mr. DeLoach's Certificates of Good Standing are attached as Exhibits A, B and C respectively to this motion. In addition, Ms. Cassilly, Mr. Gilligan and Mr. DeLoach have read this Court's local rules.

The undersigned counsel have designated William J. Baxley, Donald R. James, Jr. and Joseph D. Jackson, Jr. of Baxley, Dillard, Dauphin, McKnight & Barclift, as local counsel.

**WHEREFORE**, Lisa H. Cassilly, Matthew J. Gilligan and Mark T. DeLoach respectfully request that the Court enter an order permitting their appearance *pro hac vice* for the purposes of this case.

Respectfully submitted, this 15th day of November, 2005.

_____
Lisa H. Cassilly
Georgia Bar No. 116030

_____
Matthew J. Gilligan
Georgia Bar No. 294955

_____
Mark T. DeLoach
Georgia Bar No. 141880

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777

_____
Donald R. James, Jr.
Alabama Bar No. ASB-4090-M39D
Baxley, Dillard, Dauphin,
McKnight & Barclift
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

Attorneys for Defendant United Parcel Service Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS DAPRATO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-05-1012-MEF-CSC |
| | ) | |
| UNITED STATES PARCEL SERVICE CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed Defendant's "Motion for Admission *Pro Hac Vice*" by placing the same in the United States Mail, postage prepaid and properly addressed to:

> Johnson Daniel Foster, Esquire
> P.O. Box 1165
> Dothan, AL 36302

This 15th day of November, 2005.

William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
Joseph D. Jackson, Jr. (JAC081)
BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
(205) 271-1100

4