# EXHIBIT

# A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                          }
                                                      } ss.
**NORTHERN DISTRICT OF GEORGIA**                      }


        I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

        **DO HEREBY CERTIFY** that **LISA H. CASSILLY, State Bar No. 116030,** was duly admitted to practice in said Court on August 17, 1987, and is in good standing as a member of the bar of said Court.

        Dated at Atlanta, Georgia, this 9th day of November, 2005.


LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

