IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS DEPRATO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-1012-F |
| | ) |
| UNITED PARCEL SERVICE CO., INC., | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion for Lisa H. Cassilly, Matthew J. Gilligan and Mark T. DeLoach to Appear Pro Hac Vice (Doc. #5) filed on November 15, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 17th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE