IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS DAPRATO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-05-1012-MEF-CSC |
| | ) |
| UNITED STATES PARCEL SERVICE CO., INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Thomas Daprato ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") and hereby file this Joint Stipulation of Dismissal without Prejudice in the above-captioned case. The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and other applicable law, the above-styled action is hereby dismissed without prejudice.

Respectfully submitted, this 18TH day of November 2005.

ATTORNEYS FOR PLAINTIFF

Daniel F. Johnson (JOH103)
Holly L. Sawyer (SAW102)

LEWIS, BRACKIN, FLOWERS, & JOHNSON
P.O. Box 1165
Dothan, AL 36302

ATTORNEYS FOR DEFENDANT

William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
Joseph D. Jackson, Jr. (JAC081)

BAXLEY, DILLARD, DAUPHIN, McKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

ATL01/12081933v1

OF COUNSEL:

Lisa H. Cassilly (Ga. Bar. No. 116030)
Matthew J. Gilligan (Ga. Bar. No. 294955)
Mark T. DeLoach (Ga. Bar. No. 141880)

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777