IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS DEPRATO, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-1012-F |
| | ) |
| UNITED PARCEL SERVICE CO., INC., | ) |
| *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #7) filed by the parties on November 18, 2005, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety without prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of November, 2005.

                                                      /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE